ADOLFO DAGNESE, Appellant, v. MUTUAL AID SOCIETY OF ST. JOHN BISHOP OF BROOKLYN, etc., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, · P. J., Johnston, Adel, Taylor and Close, JJ.

IRVING W. DAITCH, Respondent, v. CHARLES LEVY and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

WALTER F. DOWNEY, as Receiver of the FIRST NATIONAL BANK AND TRUST COMPANY OF YONKERS, NEW YORK, Respondent, v. MURIEL N. STIEGLITZ, Individually and as Testamentary Guardian of PERRY J. STIEGLITZ, and PERRY J. STIEGLITZ, Appellants, and. Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

ROBERT S. DUNHAM, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

DAVID FELMAN, Respondent, v. FUR DRESSERS' UNION, LOCAL No. 2 OF THE INTERNATIONAL FUR WORKERS' UNION OF THE UNITED STATES AND CANADA, by JOSEPH KARRASS, President, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

WALLACE FERRIER, an Infant, by HENRY C. FERRIER, His Guardian ad Litem, and HENRY C. FERRIER, Individually, Appellants, v. THE CITY OF WHITE PLAINS and EDWARD PLUMMER, Respondents. MORTON SVIGALS, an Infant, by DAVID SVIGALS, His Guardian ad Litem, and DAVID SVIGALS, Individually, Appellants, v. THE CITY OF WHITE PLAINS and EDWARD PLUMMER, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

472 FULTON STREET CORPORATION, Appellant, v. UWANNA FOODS, INC., Respondent, and CHARLES V. BARKER and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

JUANITA GELLY, Respondent, v. ANNA KALAMON and Others, Defendants. EMIL J. SONDERLICK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GENERAL FOODS CORPORATION, Appellant, v. BEARD'S ERIE BASIN, INC., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GLOBE PAINT Co., INC., Respondent, v. PHILIP OSER, Appellant, and Another, Defendant.—.Motion for leave to appeal to the Appellate Division and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GOMAY REALTY CORPORATION and MARGARET MAYO, Appellants, v. MUNICIPAL MUTUAL CORPORATION and TAFT HOLDING CORPORATION, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.